

# THE THIRTEENTH COURT OF APPEALS

13-15-00044-CR

The State of Texas
v.
Joyce Popp Hajovsky

On Appeal from the
County Court of Wharton County, Texas
Trial Cause No. 61643

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

February 26, 2015